**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

In re:

**WOODTECH, INC.,**                                                         Chapter 7

    Debtor                                                              Case No.  7-02-02451

**NOTICE OF TRUSTEE'S PROPOSED SALE OF PROPERTY**
**and**
**NOTICE OF HEARING ON OBJECTIONS**

To all Creditors and Parties in Interest:

PLEASE TAKE NOTICE that the trustee, Evelyn K. Krippendorf, intends to sell certain property of the above bankruptcy estate, to-wit:

(1) 2,372 shares of stock in The Phoenix Companies, Inc., held in the name of Fancy Tsuda Co., Lt., dba Woodtech, Inc., which had a market value of $4,293.32 as of January l, 2009; and

(2) 118 shares of stock in Virtus Investment Partners, Inc., held in the name of Fancy Tsuda Co., Ltd., dba Woodtech, Inc.,which had a market value of $1,805.40 as of January l, 2009, plus

(3) Any additional shares of the above-described stocks which may have accrued as a result of dividend-reinvestment or other additions.

The stock will be sold at the market price at the time of transfer.  The sale proceeds shall be held in trust by the Chapter 7 Trustee pending further order of this Court.

**OBJECTIONS TO PROPOSED SALE AND REQUESTS FOR HEARING before the Bankruptcy Judge** as to the above shall be in writing and filed with the Clerk of the

Bankruptcy Court, 210 Church Avenue SW, Room 200, Roanoke VA 24011, to be received by the Clerk by not later than 4:00 p.m. on January 4, 2010, and served upon Evelyn K. Krippendorf, Chapter 7 Trustee, 354 West Campbell Avenue, Roanoke VA 24016, by the same date and time.  Any objections not timely filed and served will be deemed waived.

**If any Objections to Proposed Sale and Requests for Hearing are received by the Clerk by not later than 4:00 p.m., on January 4, 2010, a hearing on same will be held on January 19, 2010, at 10:00 a.m., in the United States Bankruptcy Court, Western District of Virginia, Abingdon Division, at the United States Courthouse & Federal Building, first floor, 180 West Main Street, Abingdon, Virginia, 24210-2844.  If no timely filed Objections and Requests for Hearing are received, the hearing shall be deemed canceled, and the Court will enter an Order approving the Trustee's Proposed Sale.**

EVELYN K. KRIPPENDORF, TRUSTEE

By /s/ Evelyn K. Krippendorf
_____
Of counsel

/s/ Evelyn K. Krippendorf
_____
Evelyn K. Krippendorf (VSB 19197)
THE KRIPPENDORF FIRM
354 West Campbell Avenue
Roanoke VA 24016
Telephone: (540-982-8499)
Facsimile: (540) 982-1122)
Email: ekkrippendorf@gmail.com

Counsel for Trustee

**CERTIFICATE OF SERVICE**

I, Evelyn K. Krippendorf, do hereby certify that a true copy of the foregoing Notice of

Trustee's Proposed Sale and Notice of Hearing on Objection and Request for Hearing was served upon all creditors and interested parties listed on the mailing matrix attached to the original Notice filed with the Clerk by mailing same to them at the addresses listed on the matrix by U. S. Mail, first class, this 23rd day of November, 2009, and also served upon the Internal Revenue Service, c/o U. S. Attorney, Civil Process Clerk, PO Box 1709, Roanoke VA 24008-1709, and Internal Revenue Service, c/o District Director, 400 N. 8th Street, Room 5000, Richmond VA 23240, and Internal Revenue Service, c/o Attorney General of the United States, Tax Division, PO Box 227 Ben Franklin Station, Washington DC 20044, all by certified mail, return receipt requested, on this 23rd day of November, 2009.

/s/ Evelyn K. Krippendorf

_____
Evelyn K. Krippendorf